*In re* **Meyers**, William Lloyd (MR 18226)
Chicago, IL

Order of the Court:

The amended petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose discipline on consent pursuant to Supreme Court Rule 762(b) is allowed, and respondent William Lloyd Meyers is suspended from the practice of law for 60 days.

Respondent William Lloyd Meyers shall reimburse the Disciplinary Fund for any Client Protection payments arising from his conduct prior to the termination of the period of suspension.